ZOERCHER ET AL. *v.* THE INDIANAPOLIS UNION RAILWAY
COMPANY ET AL.

[No. 26,833. Filed April 2, 1937.]

*Philip Lutz, Jr.*, Attorney-General, and *Urban C. Stover*, Deputy
Attorney-General, for appellants.

*Harry Quigley, Baker & Daniels, Warrick Wallace* and *Paul M.
Rowe*, for appellees.

PER CURIAM—Upon authority of *Zoercher et al.* v. *Indiana Associated Telephone Corporation*, ante 447, 7 N. E. 282, the judgment
is affirmed.

Roll, J., dissents.

STATE EX REL. JONES *v.* KERR, TRUSTEE.

[No. 26,621. Filed January 14, 1937. Rehearing denied
April 27, 1937.]

*Dix & Dix*, for appellant.

*Wallace, Randal & Wallace*, for appellees.

FANSLER, J.—The question presented being the same, the judgment is affirmed upon authority of *State ex rel. Anderson* v. *Brand.
Trustee* (1937), 213 Ind. —, 5 N. E. 531.